**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Daniel P. DiMarino                                CASE NO.: 16−22231−rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER: 11
xxx−xx−2445

---

# NOTICE OF HEARING TO CONVERT OR DISMISS
# TO THE DEBTOR AND INTERESTED PARTIES

Please take notice that:

1. Upon the application of the United States Trustee for the Southern District of New York, a hearing will be held before the Honorable Robert D. Drain at the United States Bankruptcy Court, Courtroom 118, White Plains Courthouse, 300 Quarropas Street, White Plains, NY 10601 at the above address, on November 29, 2016 at 10:00 AM or as soon thereafter as counsel may be heard, for an order converting this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, or in the alternative, dismissing this Chapter 11 case and such other and further relief as may be deemed just and proper.

2. The original application has been filed on the Court's Electronic Case File System (ECF) at www.nysb.uscourts.gov. The system can be accessed via the Internet using a PACER password or at any of the three divisions of the Bankruptcy Court during posted business hours.

3. Responsive papers shall be filed with the Court on the Electronic Case File System (ECF) or by submission on a diskette or compact disc (CD) in PDF format.

4. If you are unable to comply with the requirements of #3 above, you must submit your document on a diskette or CD in Word, WordPerfect, or DOS text (ASCII). If you are unable to file electronically or submit a copy of your filing on diskette or CD, you may file conventionally provided that you submit with your filing an affidavit of your inability to comply.

5. Responsive papers shall be served on the United States Trustee at U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014, no later than seven (7) days prior to the hearing date set forth above. A courtesy copy shall be filed with Chambers seven (7) days prior to the hearing date. Any responsive papers shall be in conformity with the Federal Rules of Bankruptcy Procedure and indicate the entity submitting the response, the nature of the response, and the basis of the response.

6. The hearing may be adjourned from time to time by announcement made in open court without further written notice.


Dated: October 21, 2016                                  Vito Genna
                                                         Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                  Case No. 16-22231-rdd
Daniel P. DiMarino                                                      Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7          User: ctogher          Page 1 of 3          Date Rcvd: Oct 21, 2016
                              Form ID: 138           Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
```
db              +Daniel P. DiMarino,    149 Meadow Lane,    New Rochelle, NY 10805-2322
aty             +Richard C. Morrissey,    Office of the U.S. Trustee,    33 Whitehall Street, 21st Fl.,
                  New York, NY 10004-2112
smg             +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg              New York City Department of Finance,    Attn: Bankruptcy & Assignment Unit,
                  345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg             +Parking Violations Bureau,    210 Joralemon Avenue,    Brooklyn, NY 11201-3745
smg             +United States Attorney’s Office,    Southern District of New York,
                  Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
smg              Westchester County Sheriff’s Dept.,    Room L 217,   110 Dr. Martin Luther King Blvd.,
                  White Plains, NY  10601-2519
6844403         +ALLIED INTERSTATE,    3000 CORPORATE EXCHANGE DR.,    COLUMBUS, OH 43231-7689
6844404         +ALLIED PHYSICIANS GROUP,    P.O. BOX 10280,    UNIONDALE, NY 11555-0280
6844405          AMERICAN EXPRESS,    PO BOX 1270,    NEWARK, NJ 07101-1270
6915935          AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
6844407         +APRIA HEALTHCARE PPMC,    1328 S. HIGHLAND AVENUE,    JACKSON, TN 38301-7369
6844408         +C.TECH COLLECTIONS, INC.,    P.O. BOX 402,    MOUNT SINAI, NY 11766-0402
6844409         +CAIRO DIAGNOSTICS, LLC,    244 WESTCHESTER AVENUE,    SUITE 400,    WHITE PLAINS, NY 10604-2909
6844410          CHASE CARD MEMBER SERVICE,    P.O. BOX 15153,    WILMINGTON, DE 19886-5153
6963393        ++CONNECTICUT DEPARTMENT OF REVENUE SERVICES,    COLLECTIONS UNIT BANKRUPTCY TEAM,
                  450 COLUMBUS BLVD STE 1,    HARTFORD CT 06103-1837
                 (address filed with court: Connecticut Department of Revenue Services,
                  CT Department of Revenue Services,    25 Sigourney Street-Bankruptcy Unit,
                  Hartford CT  06106)
6906204         +Davidson Fink LLP,    Attorneys for Nationstar Mortgage LLC,    28 East Main Street,Suite 1700,
                  Rochester, NY 14614-1918
6905969        #+Dr. Geoffrey A. Fiorito,    89 Wolfs Lane,    Pelham, NY 10803-1852
6844412         +ENIGMA CLINICAL LABRATORY,    3611 14TH AVENUE,    SUITE 220,    BROOKLYN, NY 11218-3750
6844413         +ENT AND ALLERGY ASSOC.,    PO BOX 5001,    WHITE PLAINS, NY 10602-5001
6903145         +Fein, Such & Crane, LLP,    Attorneys for Nationstar Mortgage LLC,    7 Century Drive, Suite 201,
                  Parsippany, NJ 07054-4609
6844414          GM CARD,    CUSTOMER CENTER,    P.O. BOX 80082,    SALINAS, CA 93912-0082
6844415         +HELFAND & HELFAND,    60 E. 42ND STREET,    SUITE 1048,    NEW YORK, NY 10165-1048
6844416         +HOUSLANGER & ASSOCIATES, P.C.,    372 NEW YORK AVENUE,    HUNTINGTON, NY 11743-3311
6844417         +HSBC BANK, USA, N.A.,    P.O. BOX 9,    BUFFALO, NY 14240-0009
6930317         +HSBC Bank USA, N.A.,    2929 Walden Ave C17,    Attn: Business Services,    Depew, NY 14043-2690
7018378         +Helfand & Helfand,    Attorneys for Wells Fargo Equipment,    Finance, Inc.,
                  350 Fifth Avenue, Suite 5330,    New York, New York 10118-5306
6844419         +JAY TEITELBAUM, ESQ.,    TEITEBAUM BASKIN,    1 BARKER AVE,    WHITE PLAINS, NY 10601-1517
6903828         +Jay Teitelbaum, Esq.,    Teitelbaum Law Group, LLC,    1 Barker Avenue, Third Floor,
                  White Plains, New York 10601-1517
6910933         +Kubota Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013
6844420         +LAB CORP.,    P.O. BOX 2240,    BURLINGTON, NC 27216-2240
6844421         +LAWRENCE HOSPITAL,    55 PALMER AVENUE,    BRONXVILLE, NY 10708-3491
6998441         +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
6960861         +Mancon, LLC,    c/o Law Offices of Joseph J. Tock,    Attn: Peter J. Reynolds, Esq.,
                  963 Route 6,    Mahopac, NY 10541-1717
6844423          NATIONSTAR MORTGAGE,    P.O. BOX 60516,    CITY OF INDUSTRY, CA 91716-0516
6844424         +NY ORTHOPEDICS,    130 EAST 77TH STREET,    NEW YORK, NY 10075-1851
6961809         +NYS Dep’t of Taxation and Finance,    120 Broadway,    24th Floor,    New York, NY 10271,
                  County: NEW YORK-NY 10271-0029
6844426         +NYU LANGONE MEDICAL CENTER,    P.O. BOX 415662,    BOSTON, MA 02241-5662
6844427         +O & G INDUSTRIES,    C/O JON HOLDEN ADAMS, ESQ.,    53 MARKET ST.,    POUGHKEEPSIE, NY 12601-3210
6844428         +PARTNERS PHARMACY OF CT,    P.O. BOX 9689,    UNIONDALE, NY 11555-9689
6844429        #+PELHAM CHIROPRACTIC CENTER,    89 WOLFS LANE,    PELHAM, NY 10803-1852
7034967         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
6844431         +RESIDENTIAL CREDIT SOLUTIONS,    P.O. BOX 163349,    FORT WORTH, TX 76161-3349
6966644         +ROBINOWITZ COHLAN DUBOW & DOHERTY LLP,    Attorneys for Steamboat Realty,
                  199 Main Street, Ste. 500,    White Plains, New York 10601-3288
6844432         +SHAPIRO DICARO BARACK,    175 MILE CROSSING BLVD,    ROCHESTER, NY 14624-6249
6844433         +SPINE OPTIONS,    244 WESTCHESTER AVENUE,    SUITE 312,    WHITE PLAINS, NY 10604-2909
6844434         +STEAMBOAT REALTY,    C/O RALPH BERARDI,    707 WESTCHESTER AVE., STE 305,
                  WEST HARRISON, NY 10604-3153
6844435         +STUTMAN LAW GROUP,    ATT: DENNIS MURPHY,    44 SOUTH BRAODWAY - SUITE 402,
                  WHITE PLAINS, NY 10601-4436
6960668         +Shapiro, DiCaro & Barak, LLC,    Attorneys for Wilmington Trust, N.A.,
                  One Huntington Quadrangle, Suite 3N05,    Melville, NY 11747-4468
6931252         +Site One Landscape Supply Co.,    c/o Price Meese Shulman & D’Arminio,
                  50 Tice Boulevard, Suite 380,    Woodcliff Lake, NJ 07677-7681
6987402         +State of Connecticut,    Department of Revenue Services,    Attn: Denise S. Mondell,
                  Assistant Attorney General,    55 Elm Street,    Hartford, CT 06106-1746
6903884         +Teitelbaum Law Group, LLC,    Attorneys for TD Bank, N.A.,    1 Barker Avenue, Third Floor,
                  White Plains, New York 10601-1517
```

```
District/off: 0208-7          User: ctogher              Page 2 of 3                  Date Rcvd: Oct 21, 2016
                              Form ID: 138               Total Noticed: 71


7018184         +Village/Town of Mount Kisco,    c/o Singleton, Davis & Singleton PL,    120 E. Main Street,
                  Mount Kisco, NY 10549-2304
6844438         +WELLS FARGO EQUIPMENT FINANCE,    2700 S. PRICE RD.,    CHANDLER, AZ 85286-7804
6844439         +WESTMED MEDICAL GROUP,    P.O. BOX 417146,    BOSTON, MA 02241-7146
6844442         +WHITE PLAINS PATHOLOGY ASSOC,    PO BOX 4264,    NEW WINDSOR, NY 12553-0264
7018183         +Whitney Singleton, Esq.,    Singleton, Davis & Singleton PLLC,    120 E. Main Street,
                  Mount Kisco, NY 10549-2304
6960675         +Wilmington Trust, National Association,    c/o Nationstar Mortgage, LLC,    P.O. Box 619096,
                  Dallas, TX 75261-9096
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Oct 21 2016 19:45:58      Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA   19101-7346
smg             E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Oct 21 2016 19:46:19
                  N.Y. State Dept. Of Taxation And Finance,     Bankruptcy/Special Procedures Section,
                  P.O. Box 5300,   Albany, NY   12205-0300
smg             E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Oct 21 2016 19:46:19
                  New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                  Albany, NY   12205-0300
ust            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Oct 21 2016 19:46:01       United States Trustee,
                  Office of the United States Trustee,    U.S. Federal Office Building,
                  201 Varick Street, Room 1006,    New York, NY 10014-9449
6844406        +E-mail/Text: bkrpt@retrievalmasters.com Oct 21 2016 19:46:04       AMERICAN MEDICAL COLLECTION,
                  4 WESTCHESTER PLAZA,    BUILDING 4,    ELMSFORD, NY 10523-1615
6844422         E-mail/Text: camanagement@mtb.com Oct 21 2016 19:45:59      M&T BANK,    P.O. BOX 62146,
                  BALTIMORE, MD 21264
6844425         E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Oct 21 2016 19:46:19
                  NYS DEPT OF TAXATION & FINANCE,    W A HARRIMAN STATE CAMPUS,     ALBANY, NY 12227-0001
6903420         E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Oct 21 2016 19:46:19
                  New York State Department of Taxation & Finance,     Bankruptcy Section,    P O Box 5300,
                  Albany New York 12205-0300
6844436        +E-mail/Text: bankruptcy@td.com Oct 21 2016 19:46:04      TD BANK, N.A.,    PO BOX 84037,
                  COLUMBUS, GA 31908-4037
6844437        +E-mail/Text: bankruptcy@td.com Oct 21 2016 19:46:04      TD BANK, N.A.,    1701 ROUTE 70 EAST,
                  CHERRY HILL, NJ 08003-2335
6956310        +E-mail/Text: bankruptcy@td.com Oct 21 2016 19:46:04      TD Bank, N.A.,    Attn: William Austin,
                  1100 Lake Street,    Ramsey, NJ 07446-1275
6961233         E-mail/Text: bankruptcy.bnc@ditech.com Oct 21 2016 19:45:59       The Bank of New York Mellon,
                  C/O Ditech Financial LLC,    F/K/A Green tree Servicing LLC,     PO Box 6154,
                  Rapid City, SD   57709-6154
6844440         E-mail/Text: tcarver@wphospital.org Oct 21 2016 19:46:12      WHITE PLAINS HOSPITAL CENTER,
                  41 E. POST ROAD,    WHITE PLAINS, NY 10601-4699
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           +United States Attorney’s Office,    Southern District of New York,
                  Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
6844411*       ++CONNECTICUT DEPARTMENT OF REVENUE SERVICES,    COLLECTIONS UNIT BANKRUPTCY TEAM,
                  450 COLUMBUS BLVD STE 1,    HARTFORD CT 06103-1837
                 (address filed with court:   DEPT. OF REVENUE SERVICES,     STATE OF CONNECTICUT,
                  25 SIGOURNEY ST., SUITE 2,    HARTFORD, CT 06106-5032)
6915948*        DEPARTMENT OF THE TREASURY,    INTERNAL REVENUE SERVICE,    POST OFFICE BOX 7346,
                  PHILADELPHIA, PA 19101-7346
6844418*       +IRS,   ACS SUPPORT,    P.O. BOX 8208,    PHILADELPHIA, PA 19101-8208
6844441*        WHITE PLAINS HOSPITAL CENTER,    41 E. POST ROAD,    WHITE PLAINS, NY 10601-4699
6844443*       +WHITE PLAINS PATHOLOGY ASSOC,    PO BOX 4264,    NEW WINDSOR, NY 12553-0264
6844430        ##QUEST DIAGNOSTICS INCORPORATED,    P.O. BOX 71306,    PATIENT BILLING DEPT.,
                  PHILADELPHIA, PA 19176-1306
                                                                                               TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0208-7          User: ctogher              Page 3 of 3               Date Rcvd: Oct 21, 2016
                              Form ID: 138               Total Noticed: 71
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:
              Andrew B. Helfand    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               andrewbhelfand@helfandlaw.com, mdaries@helfandlaw.com,ecfbkfilings@helfandlaw.com
              Anne J. Penachio    on behalf of Debtor Daniel P. DiMarino apenachio@pmlawllp.com,
               penachio.anne@gmail.com;fmalara@pmlawllp.com;pmbestcase@gmail.com;jraggo@pmlawllp.com
              Denise Mondell    on behalf of Creditor    State of Ct Dept of Revenue denise.mondell@ct.gov
              Jay Teitelbaum    on behalf of Creditor    TD Bank, N.A. jteitelbaum@tblawllp.com,
               dcampagne@tblawllp.com
              John T. Doherty    on behalf of Creditor    Steamboat Realty doherty@rcdllp.com
              Melissa N Licker    on behalf of Creditor    Kubota Motor Credit Corporation
               NY_ECF_Notices@BuckleyMadole.com
              Michael Adam Samuels    on behalf of Creditor    Wilmington Trust, National Association, as
               Successor Trustee to Citibank, N.A., as Trustee to Lehman XS Trust Mortgage Pass-Through
               Certificates, Series 2005-6 msamuels@rasboriskin.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Paulina Stamatelos    on behalf of Creditor    NYS Dep't of Taxation and Finance
               paulina.stamatelos@ag.ny.gov, enid.stuart@ag.ny.gov
              Scott A. Sydelnik    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ssydelnik@davidsonfink.com,
               lwells@davidsonfink.com;ctrifiro@davidsonfink.com
              Tammy L. Terrell Benoza    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, as servicer for
               WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO
               LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-6 bankruptcy@feinsuch.com
                                                                                             TOTAL: 10
```